Entered on Docket
May 15, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregg S. Kleiner, State Bar 141311
McKENNA LONG & ALDRIDGE LLP
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3876
Email: gkleiner@mckennalong.com

Counsel for FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed May 15, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TRUNG NGUYEN,

    Debtor.

Case No. 12-59160 SLJ
Chapter 7
Hon. Stephen L. Johnson

**ORDER COMPELLING COMPLIANCE WITH 11 U.S.C. SECTION 521**

Date: May 8, 2013
Time: 2:00 p.m.
Place: 280 S. First Street
Courtroom 3099
San Jose, CA 95113

On May 8, 2013, a hearing was held on the Trustee's Motion for Order Compelling Compliance with 11 U.S.C. Section 521 ("Motion"). Gregg S. Kleiner of McKenna Long & Aldridge LLP, appeared telephonically on behalf of Fred Hjelmeset, Chapter 7 Trustee ("Trustee"). Other appearances are noted in the record. Based on the Motion and all other pleadings in the file, and for the reasons set forth in the record, and it appearing that good cause exists,

IT IS HEREBY ORDERED THAT:

    1.    The Objection to the Motion is overruled;

    2.    The Debtor shall provide to the Trustee complete and unfettered access to estate property commonly referred to as 3302 North 39th Drive, Phoenix, Arizona 58019 ("Property"); and

3.   The Debtor shall allow the Trustee and his real estate agent/broker to evaluate the Property and, subject to further orders of the Court market and sell the Property.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

**NO MAIL SERVICE REQUIRED**

US_WEST 803757684.1