

1  Gregg S. Kleiner, State Bar 141311
   Jennifer Hayes, State Bar 197252____
2  McKENNA LONG & ALDRIDGE LLP
   One Market Plaza,
3  Spear Tower, 24th Floor
   San Francisco, California 94105
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.3876
5  Email: gkleiner@mckennalong.com

6  Counsel for FRED HJELMESET,
   Trustee in Bankruptcy
7

The following constitutes
the order of the court. Signed July 13, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | In re                          | Case No. 12-59160 SLJ
12 | TRUNG NGUYEN,                  | Chapter 7
   |                                | Hon. Stephen L. Johnson
13 |       Debtor.                  |
14 |                                | **ORDER AUTHORIZING TRUSTEE TO (I) SELL REAL PROPERTY; AND (II) PAY COSTS AND REAL ESTATE COMMISSIONS**
15 |                                | **(3302 N. 39th Drive, Phoenix, Arizona)**
16 |                                |
17 |                                | Date:    July 10, 2013
   |                                | Time:    2:00 p.m.
18

19  On July 10, 2013, the Court heard and considered the (i) Motion for Order Authorizing
20  Trustee to (I) Sell Real Property, Subject to Overbid and (II) Pay Costs and Real Estate
21  Commissions (3302 N. 39th Drive, Phoenix, Arizona) ("Motion") [Docket 32] filed by Fred
22  Hjelmeset, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor ("Debtor").  Jennifer C.
23  Hayes of McKenna Long & Aldridge LLP appeared on behalf of the Trustee.  All other
24  appearances are noted in the record.  Based on the Motion, the arguments of counsel, all pleadings
25  filed with the Court, notice of the Motion being adequate and proper under the circumstances and
26  other good cause appearing,
27       IT IS HEREBY ORDERED THAT
28       1.    The objection to the Motion filed by Elizabeth Ngo [Docket 37] is overruled;

2. The Motion is approved in all respects in accordance with the terms set forth in this Order;

3. The Trustee is authorized to: (i) enter into the Agreement (as defined in the Motion); (ii) sell that certain real property commonly known as 3302 N. 39th Drive, Phoenix, Arizona, which has the following legal description: Lot 4096, MARYVALE TERRACE NO. 7-A, according to Book 74 of Maps, Page 21, records of Maricopa County, Arizona ("Property"), to Greg Ellsworth or his assigns ("Buyer") for $48,000; (iii) pay a sales commission to Westmark Properties ("Seller's Broker") equal to 6% of the gross sale price ("Commission"), which Commission may be divided by the Seller's Broker as may be agreed upon with the Buyer's broker; (iv) pay such costs related to the sale as provided in the Agreement; and (v) negotiate minor changes to the Agreement; and

4. This Order is effective upon entry, and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

**MAIL SERVICE NOT REQUIRED**

US_WEST 803822025.1